**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Steven Edward JOHN, Defendant—
Appellant.**

No. 05–7161.

United States Court of Appeals,
Fourth Circuit.

Submitted Dec. 22, 2005.

Decided Dec. 30, 2005.

Steven Edward John, Appellant Pro Se.
Angela R. White, Assistant United States
Attorney, Baltimore, Maryland, for Appellee.

Before WIDENER, NIEMEYER, and
KING, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Steven John, a federal prisoner, seeks to
appeal the district court's order denying
relief on his motion filed under 28 U.S.C.
§ 2255 (2000). The order is not appealable unless a circuit justice or judge issues
a certificate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2) (2000).

A prisoner satisfies this standard by demonstrating that reasonable jurists would
find both that the district court's assessment of his constitutional claims is debatable and that any dispositive procedural
rulings by the district court are also debatable or wrong. *See Miller-El v. Cockrell,*
537 U.S. 322, 336, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003); *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.2001). We have independently reviewed the record and conclude
that John has not made the requisite
showing. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before the court and argument would not aid
the decisional process.

*DISMISSED*